JOHN J. BARTON, Respondent, *v.* WILLIAM GOVAN, Appellant.

(Argued October 15, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 16, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

This action was brought to recover damages alleged to have been caused by the negligent and unskillful conduct of defendant, a physician and surgeon, in reducing and treating a fracture of plaintiff's leg.

The only questions discussed on the appeal were as to the reception or rejection of evidence which were disposed of upon construction given to the questions and objections, and so presented nothing of general interest.

*Calvin Frost* for appellant.

*David A. Haynes* for respondent.

HAIGHT, J., reads for affirmance.
All concur; BROWN, J., not sitting.   FOLLETT, Ch. J., concurring in result.